IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RSL FUNDING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-1872 |
| | § | |
| JG WENTWORTH ORIGINATIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF REMAND

On March 24, 2017, the court ordered Defendant to file a brief and supporting evidence of the citizenship of each of its members to substantiate its assertion of removal jurisdiction. Dkt. 63. On April 7, 2017, Defendant responded to the court by letter, stating that it "[would] not be submitting the requested information by the April 7 deadline." Dkt. 64. Because Defendant has failed to establish that this court can exercise subject matter jurisdiction over this action, the case must be remanded to the state court.

Therefore, the case is **REMANDED** to the 152nd Judicial District Court of Harris County, Texas.

It is so **ORDERED**.

Signed at Houston, Texas on April 19, 2017.

_____
Gray H. Miller
United States District Judge